IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Vera Price,                                 )<br>                                                    )<br>                    Plaintiff,          )<br>                                                    )<br>v.                                              )<br>                                                    )<br>Carolinas Hospital System,     )<br>                                                    )<br>                                                    )<br>                    Defendant.       )<br>_____) | Civil Action No.: 4:04-23053-TLW-TER |

# ORDER

On November 19, 2004, the plaintiff, proceeding *pro se*, filed a complaint against the defendant, Carolinas Hospital System, alleging employment discrimination. (Doc. #1). The defendant did not Answer. The plaintiff then filed, pursuant to Federal Rule of Civil Procedure 55, a motion for default judgment. (Doc. #11). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, Magistrate Judge Rogers recommends that "the clerk enter defendant's default in the docket as required by Rule 55(a), Fed.R.Civ.P., but that plaintiff's Motion for Default Judgment (Doc. #11) be denied. Furthermore, because plaintiff's complaint fails to allege facts sufficient to state a cause of action, her case is subject to dismissal. Therefore, it is further recommended that this case be dismissed without prejudice." (Doc. #12). The plaintiff filed no objections to the Report. Objections to the Report were due on December 3, 2007.

This Court is charged with conducting a de novo review of any portion of the Magistrate

1

Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. #12). Therefore, the clerk shall enter defendant's default in the docket, but plaintiff's motion for default judgment shall be denied, and her action dismissed without prejudice.

**IT IS SO ORDERED**.

s/Terry L.Wooten

Terry L. Wooten
United States District Judge

December 18, 2007
Florence, South Carolina